UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES MACK TAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:15-cv-00874-TWP-MPB |
| HURST c/o, | ) |
| WRIGHT c/o, | ) |
| BIAS c/o, | ) |
| STONE c/o, | ) |
| ALTMAN c/o, | ) |
| LETSTER c/o, | ) |
| Defendants. | ) |

**Entry Discussing Request to Proceed on Appeal *In Forma Pauperis***

The plaintiff seeks leave to proceed on appeal without prepayment of the appellate fees of $505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*.

There is no objectively reasonable argument the plaintiff could present to argue that the disposition of this action was erroneous and he does not present one. In pursuing an appeal, therefore, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, his appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* [Dkt. 83] is **denied.**

**IT IS SO ORDERED.**

Date: 4/24/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Electronic distribution to counsel of record via CM/ECF and by U.S. mail to:

CHARLES MACK TAYLOR
994511
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838